**In re BUSPIRONE PATENT LITIGATION MULTIDISTRICT PATENT LITIGATION,**

**Bristol–Myers Squibb Company, Plaintiff–Appellant,**

v.

**Mylan Pharmaceuticals, Inc., Mylan Laboratories Inc., and Mylan Technologies, Inc., Defendants–Appellees,**

and

**Danbury Pharmacal, Inc. and Watson Pharmaceuticals, Inc., Defendants–Appellees.**

No. 02–1374, 02–1375, 02–1376, 02–1377, 02–1378, 02–1379.

United States Court of Appeals, Federal Circuit.

March 17, 2003.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).